UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | December 30, 2014 |
| Bankruptcy Case No. | 14 B 30738 | Adversary No. | |
| Title of Case | In re: Calvin Ray Cobbs, Sr. | | |
| Brief Statement of Motion | Debtor's Motion to Reopen Case | | |
| Names and Addresses of moving counsel | | | |
| Representing | | | |

## ORDER

IT IS HEREBY ORDERED THAT:

Debtor's Motion to Reinstate this case, which was dismissed at his request on October 22, 2014, is denied because the dismissal order was final and not appealed.

Enter: /s/ Jack B. Schmetterer

Jack B. Schmetterer, U.S.B.J.